UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. 08-61287
mc

IN RE SEALED EXTRADITION
PURSUANT TO THE
EXTRADITION TREATY
_____/

UNDER SEAL

FILED by _____ D.C.

AUG 11 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the civil cover sheets, the complaint, the arrest warrant, the motion to seal and any resulting orders, and the Court finding good cause:

IT IS HEREBY ORDERED that the complaint, arrest warrant, and any resulting orders, and this order shall be filed under seal until further order of this Court.

IT IS FURTHER ORDERED that notwithstanding this sealed order, the United States may provide copies of the arrest warrant to any foreign law enforcement agency assisting with the apprehension of the fugitive named in the complaint.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida, this 23 day of July, 2008.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE