UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61287-CIV-UNA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LUCETTE KWIDAMA,

       Defendant.
_____/

O R D E R

THIS CAUSE is before the Court on the respondent's Application for Bail Pursuant to Extradition Treaty and Special Circumstances (DE 24). Being fully advised, it is hereby

ORDERED AND ADJUDGED that application is DENIED, for the reasons set forth in the Govt's response.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of December, 2008.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
Paul Petruzzi, Esq.